M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi-Brovia (Bar No. 266572)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
**Telephone:** (818) 285-0100
**Facsimile:** (818) 818-855-7013
matthew@ RHMFirm.com
jhayes @RHMFirm.com
roksana@ RHMFirm.com

*Attorneys for Debtors*
Besorat Investments, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:19-bk-10202-VK |
| | |
| | Chapter 11 |
| Besorat Investments, Inc. | |
| Debtor. | **DECLARATION FOR NON-INDIVIDUAL DEBTORS; SUMMARY OF ASSETS AND LIABILITIES; SCHEDULES A/B, D, E/F, G, H; STATEMENT OF FINANCIAL AFFAIRS; DICLOSURE OF ATTORNEY COMPENSATION; AMENDED CREDITOR MATRIX** |

///
///
///
///
///
///
///

RESNIK HAYES
MORADI LLP

**Fill in this information to identify the case:**

Debtor name **Besorat Investments, Inc.**

United States Bankruptcy Court for the:  **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known)  **1:19-bk-10202-VK**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 11, 2019**     X _____
                                          Signature of individual signing on behalf of debtor

                                          **Michael Anthony Hershman**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Besorat Investments, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:19-bk-10202-VK

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $    32,950,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    2,032.01

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $    32,952,032.01

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................... $    36,308,499.38

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    3,125.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    1,428,935.82

4. **Total liabilities**
    Lines 2 + 3a + 3b    $    37,740,560.20

**Fill in this information to identify the case:**

Debtor name ____Besorat Investments, Inc._____

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   1:19-bk-10202-VK

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)       Type of account      Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | Union Bank | Checking account | 9559 | $67.01 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                $67.01
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 1,135.00 | 0.00 | $1,135.00 |
| | face amount | doubtful or uncollectible accounts | |

| Debtor | Besorat Investments, Inc. | | Case number *(If known)* 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,135.00

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Desks, chairs and file cabinets | $0.00 | | $80.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** 2 desktop computers, 1 laptop computer, 3 monitors and 3 printers | $0.00 | | $750.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$830.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | Case number *(if known)*  1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.**  Investment property - Single family residence at 4 Emerald, Laguna Beach, CA 92651 (vacant); Listed for sale at $7,495,000; APN 053-060-63; | Fee simple | $0.00 | Comparable sale | $7,995,000.00 |
| **55.2.**  Investment property - Single family residence at 12711 Christy Lane, Los Alamitos, CA 90720 (vacant); Value listed is value in current condition. Plans on hand to tear down and rebuild; Estimated value at completion is $2,580,000; APN 086-225-06 | Fee simple | $995,000.00 | N/A | $995,000.00 |
| **55.3.**  Investment property - Single family residence at 3192 Oak Knoll, Los Alamitos, CA 90720; Value listed is value in current condition, plans drawn for new construction; Estimated value after rehab is $2,580,000; APN 086-123-10 | Fee simple | $995,000.00 | | $995,000.00 |

| Debtor | Besorat Investments, Inc. | | | Case number *(if known)* 1:19-bk-10202-VK | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | Investment property - Single family residence at 51 Linda Isle, Newport Beach, CA 92660; Value listed is value in current condition, remodel drawings complete and approved by HOA; Estimated value fully rehabbed is $8,700,000; APN 050-461-10 | Fee simple | $5,800,000.00 | | $5,800,000.00 |
| 55.5. | Investment property - Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077; value listed is value in current condition, permits held by contractor and started rehab May 2017 (about 80% complete); Estimated value upon completion is $5,500,000; Property listing expired 2/1/18; APN 4369-004-022 | Fee simple | $4,300,000.00 | | $4,300,000.00 |
| 55.6. | Investment property - Single family residence at 3505 Twin Lake Ridge, Westlake Village, CA 91361; Property listed for sale; APN 2059-030-012 | Fee simple | $0.00 | | $1,650,000.00 |
| 55.7. | Investment property - Townhouse at 5657 Tanner Ridge Avenue, Westlake Village, CA 91362; Listed for sale APN 689-0-263-305 | Fee simple | $840,000.00 | | $840,000.00 |
| 55.8. | Investment property - Single family residence at 355 N Wilton Place, Los Angeles, CA 90004; Listed for sale; APN 5522-029-004 | Fee simple | $1,475,000.00 | Comparable sale | $1,475,000.00 |

Debtor    Besorat Investments, Inc.                                    Case number *(if known)*  1:19-bk-10202-VK
          Name

| 55.9. | Investment property -<br>Single family residence<br>at 2906 11th Street,<br>Santa Monica, CA<br>90405; Listed for sale<br>at $1,529,000;  APN<br>4285-027-007-18 | Fee simple | $1,500,000.00 | | $1,500,000.00 |
|---|---|---|---|---|---|
| 55.10 | Investment property -<br>Single family residence<br>at 2519 Chislehurst<br>Place, Los Angeles,<br>CA 90027; Value listed<br>is valuen in current<br>condition. Pre-rehab<br>started and estimated<br>value upon completion<br>is $3,850,000; APN<br>5588-006-028 | Fee simple | $2,600,000.00 | | $2,600,000.00 |
| 55.11 | Investment property -<br>Single family residence<br>at 4436 Alonzo Ave.,<br>Encino, CA 91316;<br>Contactor has permits<br>and  rehab started.<br>Value listed in value in<br>current condition.<br>Estimated value upon<br>completion is<br>$1,900,000; APN<br>2182-028-002 | Fee simple | $1,300,000.00 | | $1,300,000.00 |
| 55.12 | Investment property -<br>Single family residence<br>at 7137 Escalon Drive,<br>Encino, CA 91436;<br>Contractor has permits<br>and rehab has started.<br>Value listed is value in<br>current condition.<br>Estimated value upon<br>completion of rehab is<br>$2,200,000; APN<br>2292-020-021 | Fee simple | $1,350,000.00 | | $1,350,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Besorat Investments, Inc.                                    Case number *(if known)*  1:19-bk-10202-VK
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.13 | Investment property - Single family residence at 95 W Highland Drive, Camarillo, CA 93010; Contractor has permits and rehab is 80% complete.  Value listed is value is current condition. Estimated value upon completion of rehab is $900,000;  APN 155-0-030-035 | Fee simple | $700,000.00 | $700,000.00 |
| 55.14 | Investment property - Single family residence at 175 Painter Street, Pasadena, CA 91103; Contractor has permits and rehab is 90% complete. Value listed is value of current condition. Estimated value upon completion of rehab is$900,000; APN 5725-012-010 | Fee simple | $700,000.00 | $700,000.00 |
| 55.15 | Investment property - Single family residence at 2068 W. 29th Street, Los Angeles, CA 90018; Contractor has permits and rehab is 80% complete. Value listed is value is current condition. Estimated value upon completion of rehab is $929,000; APN 5053-004-012 | Fee simple | $750,000.00 | $750,000.00 |

| | |
|---|---|
| **56.** | **Total of Part 9.** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. |

$32,950,000.00

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
□ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
□ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
□ Yes Fill in the information below.

Debtor    Besorat Investments, Inc.                                    Case number *(if known)*  1:19-bk-10202-VK
          Name

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | Besorat Investments, Inc. | Case number *(If known)* 1:19-bk-10202-VK |
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $67.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,135.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $830.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $32,950,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,032.01 | + 91b. $32,950,000.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92    $32,952,032.01

**Fill in this information to identify the case:**

Debtor name    Besorat Investments, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:19-bk-10202-VK

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **5 AIF Sycamore 1, LLC and** | Describe debtor's property that is subject to a lien | $3,293,110.00 | $4,300,000.00 |

**2.1**

5 AIF Sycamore 1, LLC and
Creditor's Name
5 Arch Funding Corp.
19800 MacArthur Blvd.,
Suite 1150
Irvine, CA 92612
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. 5 AIF Sycamore 1, LLC
and
2. David Spangler
3. Robert & Tamorah Schuett
4. Sam  Salgado
5. Alfredo Gonzalez
6. Amarith Development LLC
7. Amit Yonay
8. Arlington Investments LLC
9. Cathleen Bloeser as
Trustee of the
10. Hossein & Susan Balou
11. Ricardo Manciel
12. Fernando Garcia De la
Cruz and
13. Roshanak Khojasteh

Describe debtor's property that is subject to a lien
Single family residence at 1153 Roscomare
Road, Los Angeles, CA 90077

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | 5 Arch Funding | Describe debtor's property that is subject to a lien | $6,320,800.26 | $7,995,000.00 |
|---|---|---|---|---|

| Debtor | Besorat Investments, Inc. | | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | Single family residnce at  4 Emerald, Laguna |
|---|---|
| 19800 MacArthur Blvd., | Beach, CA 92651 |
| Suite 1150 | |
| Irvine, CA 92612 | |
| Creditor's mailing address | **Describe the lien** |
| | First Mortgage |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| 4/4/17 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an** | **As of the petition filing date, the claim is:** |
| **interest in the same property?** | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |
| 1. 5 Arch Funding | |
| 2. Emerald Bay Community | |
| Assoc | |
| 3. Arlington Investments LLC | |
| 4. Hossein & Susan Balou | |
| 5. IKO Investments | |
| 6. Waterlee, Inc | |
| 7. GMDM Investments, LLC | |
| 8. Amarith Development LLC | |
| 9. Reginald Evans | |
| 10. Robert & Tamorah | |
| Schuett | |
| 11. Alfredo Gonzalez | |
| 12. George Polous | |
| 13. KCB Plumbing | |
| 14. Orange County Treasur | |

| 2.3 | 5 Arch Funding | **Describe debtor's property that is subject to a lien** | $1,046,306.00 | $995,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Single family residence at 12711 Christy Lane, | | |
| | 19800 MacArthur Blvd., | Los Alamitos, CA 90720 | | |
| | Suite 1150 | | | |
| | Irvine, CA 92612 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | First Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an** | **As of the petition filing date, the claim is:** | | |
| | **interest in the same property?** | Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
1. 5 Arch Funding
2. Cathleen Bloeser as Trustee of the
3. Orange County Treasurer & Tax Colle

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | 5 Arch Funding /5 AIF Maple 2, LLC | | $1,148,240.00 | $995,000.00 |
|---|---|---|---|---|

**Creditor's Name**

19800 MacArthur Blvd., Suite 1150
Irvine, CA 92612

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Single family residence at 3192 Oak Knoll, Los Alamitos, CA 90720

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
1. 5 Arch Funding /5 AIF Maple 2, LLC
2. Cathleen Bloeser as Trustee of the
3. Chester Joseph Smigielski
4. Orange County Treasurer & Tax Colle

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Albert Womble ISAOA | | $650,000.00 | $700,000.00 |
|---|---|---|---|---|

**Creditor's Name**

Box 3609
Seal Beach, CA 90740

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Single family residence at 175 Painter Street, Pasadena, CA 91103

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
| | Name | | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Albert Womble ISAOA
2. NuLookFloor
3. Graham Barker
4. Los Angeles County Tax Collector

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Alfredo Gonzalez
Creditor's Name

11834 East 166 St.
Artesia, CA 90701
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/4/17
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

Describe debtor's property that is subject to a lien
Single family residnce at 4 Emerald, Laguna Beach, CA 92651

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00    $7,995,000.00

---

**2.7** Alfredo Gonzalez
Creditor's Name

11834 East 166 St.
Artesia, CA 90701
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

Describe debtor's property that is subject to a lien
Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$55,000.00    $4,300,000.00

---

**2.8** Amarith Development LLC
Creditor's Name

500 S Main St., Suite 102
Orange, CA 92868
Creditor's mailing address

Describe debtor's property that is subject to a lien
Single family residnce at 4 Emerald, Laguna Beach, CA 92651

**Describe the lien**

$53,110.00    $7,995,000.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 38

Debtor  Besorat Investments, Inc.                                Case number (if known)  1:19-bk-10202-VK
        Name

Deed of Trust (second position)
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
4/5/17
Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?         Check all that apply
☐ No                                   ☐ Contingent
                                       ☐ Unliquidated
■ Yes. Specify each creditor,          ☐ Disputed
including this creditor and its relative
priority.
Specified on line 2.2

---

| 2.9 | Amarith Development LLC | Describe debtor's property that is subject to a lien | $12,000.00 | $4,300,000.00 |

Creditor's Name
Arman Mirai
500 S Main St., Suite 102
Orange, CA 92868

Single family residence at 1153 Roscomare
Road, Los Angeles, CA 90077

Creditor's mailing address

Describe the lien
Deed of Trust (second position)
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
4/5/2017
Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?         Check all that apply
☐ No                                   ☐ Contingent
                                       ☐ Unliquidated
■ Yes. Specify each creditor,          ☐ Disputed
including this creditor and its relative
priority.
Specified on line 2.1

---

| 2.10 | Amit Yonay | Describe debtor's property that is subject to a lien | $30,000.00 | $4,300,000.00 |

Creditor's Name

1768 Mesa Ridge Ave
Westlake Village, CA 91362

Single family residence at 1153 Roscomare
Road, Los Angeles, CA 90077

Creditor's mailing address

Describe the lien
Deed of Trust (second position)
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?         Check all that apply

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on line 2.1

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1<br>1 | Anchor Loans LP | Describe debtor's property that is subject to a lien | $5,227,500.00 | $5,800,000.00 |
|---|---|---|---|---|

Creditor's Name

5230 Las Virgenes Road, #105
Calabasas, CA 91302
Creditor's mailing address

Single family residence at 51 Linda Isle, Newport Beach, CA 92660

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.
  1. Anchor Loans LP
  2. Linda Isla Vista Community Assoc
  3. Cathleen Bloeser as Trustee of the
  4. Lisa Marie Conley-Lambert
  5. Joshua Marder
  6. Kevin Kanegai
  7. Tam Le
  8. Zahra Azizi
  9. Francis Capital and Gavilan Capital
  10. Francis Capital and Gavilan Capital
  11. Besorat Properties Rental Fund LLC
  12. Orange County Treasurer &

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1<br>2 | Anchor Loans LP | Describe debtor's property that is subject to a lien | $605,922.00 | $840,000.00 |
|---|---|---|---|---|

Creditor's Name

5230 Las Virgenes Road, #105
Calabasas, CA 91302
Creditor's mailing address

Townhouse at 5657 Tanner Ridge Avenue, Westlake Village, CA 91362

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Besorat Investments, Inc.                                    Case number (if known)    1:19-bk-10202-VK
          _____
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority: | ☐ Contingent |
| 1. Anchor Loans LP | ☐ Unliquidated |
| 2. Braemar North Ranch Owners | ☐ Disputed |
| 3. Arturo Gonzalez | |
| 4. Paulette Callahan | |
| 5. Ventura County Tax Collector | |

---

| 2.13 | Anchor Loans LP | Describe debtor's property that is subject to a lien | $1,153,000.00 | $1,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Single family residence at 2906 11th Street, Santa Monica, CA 90405 | | |
| | 5230 Las Virgenes Road, #105 | | | |
| | Calabasas, CA 91302 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | First Mortgage | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority: | ☐ Contingent |
| 1. Anchor Loans LP | ☐ Unliquidated |
| 2. Andrew Michael Ward | ☐ Disputed |
| 3. Los Angeles County Tax Collector | |

---

| 2.14 | Anchor Loans LP | Describe debtor's property that is subject to a lien | $2,196,000.00 | $2,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Single family residence at 2519 Chislehurst Place, Los Angeles, CA 90027 | | |
| | 5230 Las Virgenes Road, #105 | | | |
| | Calabasas, CA 91302 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | First Mortgage | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 7 of 38

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
| --- | --- | --- | --- | --- |
| | Name | | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Anchor Loans LP
2. Levbern Properties LLC
3. Los Angeles County Tax Collector

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.15**

**Anchor Loans LP**
Creditor's Name

5230 Las Virgenes Road, #105
Calabasas, CA 91302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Single family residence at 4436 Alonzo Ave., Encino, CA 91316

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,232,562.00          $1,300,000.00

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Anchor Loans LP
2. Consumer Acceptance Corp.
3. Los Angeles County Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**

**Anchor Loans LP**
Creditor's Name

5230 Las Virgenes Road, #105
Calabasas, CA 91302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Single family residence at 7137 Escalon Drive, Encino, CA 91436

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,250,886.00          $1,350,000.00

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Besorat Investments, Inc.**                                      Case number (if know)   1:19-bk-10202-VK
_____
Name

☐ No

■ **Yes.** Specify each creditor,
including this creditor and its relative
priority.
1. Anchor Loans LP
2. Ben Rugg
3. Graham Barker
4. Los Angeles County Tax
Collector

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Anchor Loans LP** | | $475,101.26 | $700,000.00 |

**Anchor Loans LP**
Creditor's Name

5230 Las Virgenes Road,
#105
Calabasas, CA 91302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Single family residence at 95 W Highland Drive,
Camarillo, CA 93010

**Describe the lien**
First Mortgage

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No

■ **Yes.** Specify each creditor,
including this creditor and its relative
priority.
1. Anchor Loans LP
2. Francis Capital and
Gavilan Capital
3. Graham Barker
4. Ventura County Tax
Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Anchor Loans LP** | | $588,625.00 | $750,000.00 |

**Anchor Loans LP**
Creditor's Name

5230 Las Virgenes Road,
#105
Calabasas, CA 91302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Single family residence at 2068 W. 29th Street,
Los Angeles, CA 90018

**Describe the lien**
First Mortgage

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
Interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor  Besorat Investments, Inc.                                    Case number (if known)   1:19-bk-10202-VK
_____
Name

☐ No
■ Yes. Specify each creditor,                    ☐ Contingent
including this creditor and its relative          ☐ Unliquidated
priority.                                          ☐ Disputed
1. Anchor Loans LP
2. Cathleen Bloeser as
Trustee of the
3. NuLookFloor
4. Los Angeles County Tax
Collector

---

| 2.1 9 | | | | |
|---|---|---|---|---|

**Anchor Loans LP**
Creditor's Name

5230 Las Virgenes Road,
#105
Calabasas, CA 91302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Single family residence at 3505 Twin Lake
Ridge, Westlake Village, CA 91361

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,212,754.00         $1,650,000.00

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Anchor Loans LP
2. Cathleen Bloeser as
Trustee of the
3. Grant S. Pederson,
Trustee of the
4. Todd Vigneux, Trustee of
the
5. The Kuther Living Trust
6. Cathleen Bloeser as
Trustee of the
7. RCBM
8. Los Angeles County Tax
Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | | | | |
|---|---|---|---|---|

**Anchor Loans LP**
Creditor's Name

5230 Las Virgenes Road,
#105
Calabasas, CA 91302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Single family residence at 355 N Wilton Place,
Los Angeles, CA 90004

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,245,000.00         $1,475,000.00

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 10 of 38

| Debtor | Besorat Investments, Inc. | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Anchor Loans LP<br>2. Andrew Michael Ward<br>3. Los Angeles County Tax Collector | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 1 | Andrew  Michael Ward | Describe debtor's property that is subject to a lien | $278,000.00 | $1,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Single family residence at 2906 11th Street, Santa Monica, CA 90405 | | |
| | 1271 Granville Ave #404<br>Los Angeles, CA 90055 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Second Mortgage | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | 10/23/2017 | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.13 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 2 | Andrew Michael Ward | Describe debtor's property that is subject to a lien | $278,000.00 | $1,475,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Single family residence at 355 N Wilton Place, Los Angeles, CA 90004 | | |
| | 1271 Granville Ave #404<br>Los Angeles, CA 90055 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Second Mortgage | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | 9/21/2017 | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.20 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 3 | Arlington Investments LLC | Describe debtor's property that is subject to a lien | $300,000.00 | $7,995,000.00 |
|---|---|---|---|---|

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 11 of 38

Debtor    Besorat Investments, Inc.                                   Case number (if know)    1:19-bk-10202-VK
         Name

| Creditor's Name | |
| --- | --- |
| 68 Genoa St #A<br>Arcadia, CA 91006 | Single family residnce at 4 Emerald, Laguna Beach, CA 92651 |
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust (second position)<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| Creditor's email address, if known | ■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred**<br>4/5/17<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.2**
**4**

| Arlington Investments LLC | **Describe debtor's property that is subject to a lien** | $200,000.00 | $4,300,000.00 |
| --- | --- | --- | --- |
| Creditor's Name | Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077 | | |
| 68 Genoa St #A<br>Arcadia, CA 91006 | | | |
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust (second position)<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred**<br>4/5/2017<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

**2.2**
**5**

| Arturo Gonzalez | **Describe debtor's property that is subject to a lien** | $80,000.00 | $840,000.00 |
| --- | --- | --- | --- |
| Creditor's Name | Townhouse at 5657 Tanner Ridge Avenue, Westlake Village, CA 91362 | | |
| 31320 Via Colinas, Suite 117<br>Westlake Village, CA 91362 | | | |
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust (second position)<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred**<br>4/9/2018<br>**Last 4 digits of account number** | | | |

---

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.12 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 6**

| Ben Rugg | Describe debtor's property that is subject to a lien | $376,000.00 | $1,350,000.00 |
|---|---|---|---|
| Creditor's Name | Single family residence at 7137 Escalon Drive, Encino, CA 91436 | | |
| 2995 Brynwood Drive Fitchburg, WI 53711 | | | |
| Creditor's mailing address | Describe the lien | | |
| | Second Mortgage | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| Date debt was incurred | ■ No | | |
| 8/19/17 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.16 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 7**

| Besorat Properties Rental Fund LLC | Describe debtor's property that is subject to a lien | $499,749.88 | $5,800,000.00 |
|---|---|---|---|
| Creditor's Name | Single family residence at 51 Linda Isle, Newport Beach, CA 92660 | | |
| 638 Lindero Canyon Rd #420 Oak Park, CA 91377 | | | |
| Creditor's mailing address | Describe the lien | | |
| | Blanket lien | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| Date debt was incurred | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.11 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 8**

| Braemar North Ranch Owners | Describe debtor's property that is subject to a lien | $3,130.58 | $840,000.00 |
|---|---|---|---|
| Creditor's Name | 5657 Tanner Ridge Avenue, Westlake Village, CA 91362 | | |
| c/o Ross Morgan & Company P. O. Box 512019 Los Angeles, CA 90051 | | | |
| Creditor's mailing address | Describe the lien | | |

---

Debtor    Besorat Investments, Inc.
_____
         Name

Case number (if know)    1:19-bk-10202-VK

---

Homeowner's Association
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.12

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | Cathleen Bloeser as Trustee of the | | | |
|---|---|---|---|---|

Creditor's Name
Cathleen Bloeser Living Trust
30765 Pacific Coast Highway
#314
Malibu, CA 90265
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Single family residence at 51 Linda Isle, Newport
Beach, CA 92660

$200,000.00     $5,800,000.00

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/21/18
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.11

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | Cathleen Bloeser as Trustee of the | | | |
|---|---|---|---|---|

Creditor's Name
Cathleen Bloeser Living Trust
30765 Pacific Coast Highway
#314
Malibu, CA 90265
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Single family residence at 1153 Roscomare
Road, Los Angeles, CA 90077

$130,000.00     $4,300,000.00

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Besorat Investments, Inc. | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

- [ ] No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on line 2.1

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.3 1**  Cathleen Bloeser as Trustee of the
*Creditor's Name*
Cathleen Bloeser Living Trust
30765 Pacific Coast Highway #314
Malibu, CA 90265
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on line 2.18

**Describe debtor's property that is subject to a lien**
Single family residence at 2068 W. 29th Street, Los Angeles, CA 90018

**Describe the lien**
Second Mortgage
**Is the creditor an insider or related party?**
- ■ No
- [ ] Yes
**Is anyone else liable on this claim?**
- ■ No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$378,000.00 | $750,000.00

---

**2.3 2**  Cathleen Bloeser as Trustee of the
*Creditor's Name*
Cathleen Bloeser Living Trust
30765 Pacific Coast Highway #314
Malibu, CA 90265
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on line 2.3

**Describe debtor's property that is subject to a lien**
Single family residence at 12711 Christy Lane, Los Alamitos, CA 90720

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
- ■ No
- [ ] Yes
**Is anyone else liable on this claim?**
- ■ No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$200,000.00 | $995,000.00

---

**2.3 3**  Cathleen Bloeser as Trustee of the

**Describe debtor's property that is subject to a lien**

$31,862.00 | $1,650,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
| --- | --- | --- | --- |
| | Name | | |

---

| Creditor's Name<br>**Cathleen Bloeser Living Trust**<br>30765 Pacific Coast Highway<br>#314<br>Malibu, CA 90265 | Single family residence at 3505 Twin Lake Ridge, Westlake Village, CA 91361 | | |

Creditor's mailing address

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
3/2/18
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.19

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Cathleen Bloeser as Trustee of the** | Describe debtor's property that is subject to a lien | $101,844.00 | $1,650,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name
**Cathleen Bloeser Living Trust**
30765 Pacific Coast Highway
#314
Malibu, CA 90265

Single family residence at 3505 Twin Lake Ridge, Westlake Village, CA 91361

Creditor's mailing address

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
3/16/18
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.19

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Cathleen Bloeser as Trustee of the** | Describe debtor's property that is subject to a lien | $100,000.00 | $4,300,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name
**Cathleen Bloeser Living Trust**
30765 Pacific Coast Highway
#314
Malibu, CA 90265

Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077

Creditor's mailing address

**Describe the lien**
Deed of Trust (third position)
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

**2/13/2018**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.1 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 6**  Cathleen Bloeser as Trustee of the
Creditor's Name

Cathleen Bloeser Living Trust
30765 Pacific Coast Highway
#314
Malibu, CA 90265
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/1/2018**
**Last 4 digits of account number**

| Describe debtor's property that is subject to a lien | $200,000.00 | $995,000.00 |
|---|---|---|

Single family residence at 3192 Oak Knoll, Los Alamitos, CA 90720

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.4 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 7**  Chester Joseph Smigielski
Creditor's Name

10 Wales St.
Thousand Oaks, CA 91360
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/1/2018**
**Last 4 digits of account number**

| Describe debtor's property that is subject to a lien | $50,000.00 | $995,000.00 |
|---|---|---|

Single family residence at 3192 Oak Knoll, Los Alamitos, CA 90720

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.4 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 8**  Consumer Acceptance Corp.

| Describe debtor's property that is subject to a lien | $423,692.00 | $1,300,000.00 |
|---|---|---|

---

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 17 of 38

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | Single family residence at 4436 Alonzo Ave., Encino, CA 91316 | | |
|---|---|---|---|

15303 Ventura Blvd, #850
Sherman Oaks, CA 91403

Creditor's mailing address

**Describe the lien**
Second Mortgage
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/6/2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.15

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.39 | David Spangler | Describe debtor's property that is subject to a lien | $100,000.00 | $4,300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077 | | |

27489 Agoura Road
Agoura Hills, CA 91301

Creditor's mailing address

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/5/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.40 | Emerald Bay Community Assoc | Describe debtor's property that is subject to a lien | $9,900.00 | $7,995,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 4 Emerald, Laguna Beach, CA 92651 | | |

c/o Jillisa OBrien P.C.
5 Corporate Park, #260
Irvine, CA 92606

Creditor's mailing address

**Describe the lien**
Homeowner's Association
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

---

| **2.4<br>1** | **Fernando Garcia De la Cruz and**<br>Creditor's Name<br>Ricardo Fajardo<br>1916 S Ninth Street<br>Anaheim, CA 92802<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077 | $30,000.00 | $4,300,000.00 |
|---|---|---|---|---|
| | | **Describe the lien**<br>Deed of Trust (second position)<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| **2.4<br>2** | **Francis Capital and Gavilan Capital**<br>Creditor's Name<br>Multifamily Opportunity Fund I, LLC<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Single family residence at 51 Linda Isle, Newport Beach, CA 92660 | $350,000.00 | $5,800,000.00 |
|---|---|---|---|---|
| | | **Describe the lien**<br>Deed of Trust (second position)<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br>8/21/18<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.11 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| **2.4<br>3** | **Francis Capital and Gavilan Capital** | **Describe debtor's property that is subject to a lien** | $291,000.00 | $700,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Besorat Investments, Inc.                                  Case number (if known)   1:19-bk-10202-VK
_____
Name

| | | |
|---|---|---|
| **Creditor's Name** <br> Multifamily Opportunity Fund I, LLC <br> 555 Marin Street, Suite 140 <br> Thousand Oaks, CA 91360 | Single family residence at 95 W Highland Drive, Camarillo, CA 93010 | |
| **Creditor's mailing address** | **Describe the lien** <br> Second Mortgage <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred** <br> 8/21/2018 <br> **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> Specified on line 2.17 | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

---

| 2.4 4 | Francis Capital and Gavilan Capital | **Describe debtor's property that is subject to a lien** | $867,720.00 | $5,800,000.00 |
|---|---|---|---|---|
| | **Creditor's Name** <br> Multifamily Opportunity Fund I, LLC <br> 555 Marin Street, Suite 140 <br> Thousand Oaks, CA 91360 | Single family residence at 51 Linda Isle, Newport Beach, CA 92660 | | |
| | **Creditor's mailing address** | **Describe the lien** <br> Deed of Trust (second position) <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | | |
| | **Creditor's email address, if known** | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** <br> 8/27/18 <br> **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> Specified on line 2.11 | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

---

| 2.4 5 | George Polous | **Describe debtor's property that is subject to a lien** | $10,000.00 | $7,995,000.00 |
|---|---|---|---|---|
| | **Creditor's Name** <br> 15 Mistral <br> Aliso Viejo, CA 92656 | Single family residnce at  4 Emerald, Laguna Beach, CA 92651 | | |
| | **Creditor's mailing address** | **Describe the lien** <br> Deed of Trust (second position) <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | | |
| | **Creditor's email address, if known** | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** <br> 4/4/17 | | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. Specified on line 2.2 | ☐ Unliquidated | |
| | ☐ Disputed | |

---

**2.4 6**

| **GMDM Investments, LLC** | **Describe debtor's property that is subject to a lien** | $432,049.00 | $7,995,000.00 |
|---|---|---|---|
| Creditor's Name | Single family residnce at 4 Emerald, Laguna Beach, CA 92651 | | |
| 7280 West Palmetto Park Rd, # 106-N | | | |
| Boca Raton, FL 33433 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Deed of Trust (second position) | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| 4/5/17 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. Specified on line 2.2 | ☐ Unliquidated | |
| | ☐ Disputed | |

---

**2.4 7**

| **Graham Barker** | **Describe debtor's property that is subject to a lien** | $40,578.00 | $700,000.00 |
|---|---|---|---|
| Creditor's Name | 95 W Highland Drive, Camarillo, CA 93010 | | |
| P.O. Box 5137 | | | |
| Chatsworth, CA 91311 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Lien | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. Specified on line 2.17 | ☐ Unliquidated | |
| | ☐ Disputed | |

---

**2.4 8**

| **Graham Barker** | **Describe debtor's property that is subject to a lien** | $5,860.00 | $700,000.00 |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Besorat Investments, Inc.
Name

Case number (if known)    1:19-bk-10202-VK

| | | | |
|---|---|---|---|
| Creditor's Name | 175 Painter Street, Pasadena, CA 91103 | | |

P.O. Box 5137
Chatsworth, CA 91311
Creditor's mailing address

**Describe the lien**
Lien
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
1/2019
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | Graham Barker | Describe debtor's property that is subject to a lien | $42,278.41 | $1,350,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 7137 Escalon Drive, Encino, CA 91436 | | |

P.O. Box 5137
Chatsworth, CA 91311
Creditor's mailing address

**Describe the lien**
Lien
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.16

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | Grant S. Pederson, Trustee of the | Describe debtor's property that is subject to a lien | $105,000.00 | $1,650,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Single family residence at 3505 Twin Lake Ridge, Westlake Village, CA 91361 | | |

Pederson Family Trust
1022 Bradbury Court
Westlake Village, CA 91361
Creditor's mailing address

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
3/4/18
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

| Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.19 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

---

**2.5 1**

| Hossein & Susan Balou | Describe debtor's property that is subject to a lien | $123,440.00 | $7,995,000.00 |
|---|---|---|---|
| Creditor's Name | Single family residnce at  4 Emerald, Laguna Beach, CA 92651 | | |
| 517 N Dwyer Dr<br>Anaheim, CA 92801 | | | |
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust (second position)<br>**Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>4/5/17 | ■ No | | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

**2.5 2**

| Hossein & Susan Balou | Describe debtor's property that is subject to a lien | $40,000.00 | $4,300,000.00 |
|---|---|---|---|
| Creditor's Name | Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077 | | |
| 517 N Dwyer Dr<br>Anaheim, CA 92801 | | | |
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust (second position)<br>**Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

**2.5 3**

| IKO Investments | Describe debtor's property that is subject to a lien | $200,000.00 | $7,995,000.00 |
|---|---|---|---|
| Creditor's Name | Single family residnce at  4 Emerald, Laguna Beach, CA 92651 | | |
| 1768 Mesa Ridge Ave<br>Westlake Village, CA 91362 | | | |
| Creditor's mailing address | **Describe the lien** | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 23 of 38

Debtor    Besorat Investments, Inc.    Case number (if known)    1:19-bk-10202-VK
_____
Name

Deed of Trust (second position)
**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
4/5/17

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 4 | | | | |
|---|---|---|---|---|
| Joshua Marder | | **Describe debtor's property that is subject to a lien** | $50,000.00 | $5,800,000.00 |

Creditor's Name

401 Rockefeller, Apt B1013
Irvine, CA 92612

Creditor's mailing address

Single family residence at 51 Linda Isle, Newport Beach, CA 92660

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
8/21/18

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.11

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 5 | | | | |
|---|---|---|---|---|
| KCB Plumbing | | **Describe debtor's property that is subject to a lien** | $10,063.00 | $7,995,000.00 |

Creditor's Name

12630 Hoover Street
Garden Grove, CA 92846

Creditor's mailing address

4 Emerald, Laguna Beach, CA 92651

**Describe the lien**
Mechanic's Lien
**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    Besorat Investments, Inc.
          Name

Case number (if know)    1:19-bk-10202-VK

☐ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.
  Specified on line 2.2

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 6 | Kevin Kanegai | | $50,000.00 | $5,800,000.00 |

Creditor's Name

3314 Iroquois Ave
Long Beach, CA 90808

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
8/21/18

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.11

Describe debtor's property that is subject to a lien
Single family residence at 51 Linda Isle, Newport
Beach, CA 92660

Describe the lien
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | Levbern Properties LLC | | $715,000.00 | $2,600,000.00 |

Creditor's Name
c/o Andrew Ward
1271 Granville Ave #404
Los Angeles, CA 90055

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.14

Describe debtor's property that is subject to a lien
Single family residence at 2519 Chislehurst
Place, Los Angeles, CA 90027

Describe the lien
Second Mortgage
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | Linda Isla Vista Community Assoc | | $3,272.30 | $5,800,000.00 |

Creditor's Name
c/o Keystone Property
Management
16775 Von Karmen #100
Irvine, CA 92606

Creditor's mailing address

Describe debtor's property that is subject to a lien
51 Linda Isle, Newport Beach, CA 92660

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 25 of 38

Debtor    Besorat Investments, Inc.                                Case number (if know)    1:19-bk-10202-VK
              Name

Homeowner's Association
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.11

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 9 | Lisa Marie Conley-Lambert | **Describe debtor's property that is subject to a lien** | $100,000.00 | $5,800,000.00 |
|---|---|---|---|---|

Creditor's Name

80 Borghese
Irvine, CA 92618
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Single family residence at 51 Linda Isle, Newport Beach, CA 92660

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/21/18
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.11

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 0 | Los Angeles County Tax Collector | **Describe debtor's property that is subject to a lien** | $23,547.79 | $1,500,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 54110
Los Angeles, CA 90054-0110
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2906 11th Street, Santa Monica, CA 90405

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2017 & 2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Besorat Investments, Inc. | Case number (if know) | 1:19-bk-10202-VK |
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.13

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 1** Los Angeles County Tax Collector
Creditor's Name

PO Box 54110
Los Angeles, CA 90054-0110
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2017 & 2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.18

**Describe debtor's property that is subject to a lien**
2068 W. 29th Street, Los Angeles, CA 90018

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,210.70 | $750,000.00

---

**2.6 2** Los Angeles County Tax Collector
Creditor's Name

PO Box 54110
Los Angeles, CA 90054-0110
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2017 & 2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.15

**Describe debtor's property that is subject to a lien**
4436 Alonzo Ave., Encino, CA 91316

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,002.66 | $1,300,000.00

---

**2.6 3** Los Angeles County Tax Collector
Creditor's Name

PO Box 54110
Los Angeles, CA 90054-0110
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2519 Chislehurst Place, Los Angeles, CA 90027

**Describe the lien**
Property Taxes

$34,394.39 | $2,600,000.00

---

Official Form 206D         Additional Page of Schedule D: Creditors Who Have Claims Secured by Property         page 27 of 38

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.14

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 4 | Los Angeles County Tax Collector | Describe debtor's property that is subject to a lien | $11,876.28 | $1,350,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 7137 Escalon Drive, Encino, CA 91436 | | |

PO Box 54110
Los Angeles, CA 90054-0110

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2017 & 2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.16

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 5 | Los Angeles County Tax Collector | Describe debtor's property that is subject to a lien | $18,605.58 | $4,300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 1153 Roscomare Road, Los Angeles, CA 90077 | | |

PO Box 54110
Los Angeles, CA 90054-0110

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Besorat Investments, Inc.

Name

Case number (if known)    1:19-bk-10202-VK

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.1

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.6 6 | Los Angeles County Tax Collector | Describe debtor's property that is subject to a lien | $8,796.64 | $1,650,000.00 |
|---|---|---|---|---|

Creditor's Name

3505 Twin Lake Ridge, Westlake Village, CA
91361

PO Box 54110
Los Angeles, CA 90054-0110

Creditor's mailing address

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
2018
**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.19

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.6 7 | Los Angeles County Tax Collector | Describe debtor's property that is subject to a lien | $15,856.85 | $1,475,000.00 |
|---|---|---|---|---|

Creditor's Name

355 N Wilton Place, Los Angeles, CA 90004

PO Box 54110
Los Angeles, CA 90054-0110

Creditor's mailing address

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
2017 & 2018
**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.20

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.6 8 | Los Angeles County Tax Collector | Describe debtor's property that is subject to a lien | $1,402.87 | $700,000.00 |
|---|---|---|---|---|

Creditor's Name

175 Painter Street, Pasadena, CA 91103

PO Box 54110
Los Angeles, CA 90054-0110

Creditor's mailing address

**Describe the lien**
Property Taxes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.5

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.69 | NuLookFloor | Describe debtor's property that is subject to a lien | $90,530.00 | $700,000.00 |
|---|---|---|---|---|

Creditor's Name

9262 Hyssop Dr.
Rancho Cucamonga, CA 91730

175 Painter Street, Pasadena, CA 91103

Creditor's mailing address

**Describe the lien**

Lien

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

9/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.5

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.70 | NuLookFloor | Describe debtor's property that is subject to a lien | $26,108.00 | $750,000.00 |
|---|---|---|---|---|

Creditor's Name

9262 Hyssop Dr.
Rancho Cucamonga, CA 91730

Services rendererd at  2068 W. 29th Street, Los Angeles, CA 90018

Creditor's mailing address

**Describe the lien**

Lien

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

10/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Besorat Investments, Inc.                                        Case number (if know)   1:19-bk-10202-VK
         _____
         Name

☐ No
☑ Yes. Specify each creditor,
   including this creditor and its relative
   priority.
   Specified on line 2.18

☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.7 1 | Orange County Treasurer & Tax Colle | Describe debtor's property that is subject to a lien | $5,863.22 | $995,000.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 1438
Santa Ana, CA 92702

12711 Christy, Rossmoor, CA 90720

Creditor's mailing address

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2018
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
   including this creditor and its relative
   priority.
   Specified on line 2.3

| 2.7 2 | Orange County Treasurer & Tax Colle | Describe debtor's property that is subject to a lien | $32,226.28 | $7,995,000.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 1438
Santa Ana, CA 92702

4 Emerald, Laguna Beach, CA 92651

Creditor's mailing address

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
   including this creditor and its relative
   priority.
   Specified on line 2.2

| 2.7 3 | Orange County Treasurer & Tax Colle | Describe debtor's property that is subject to a lien | $6,011.85 | $995,000.00 |
|---|---|---|---|---|

Creditor's Name
12 Civic Center Plaza, Room G58
Santa Ana, CA 92702

3192 Oak Knoll, Los Alamitos, CA 90720

Creditor's mailing address

**Describe the lien**
Property Taxes

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 31 of 38

| Debtor | Besorat Investments, Inc. | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 4 | Orange County Treasurer & Tax Colle | | $10,868.69 | $5,800,000.00 |
|---|---|---|---|---|

Creditor's Name

12 Civic Center Plaza, Room G58
Santa Ana, CA 92702

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
51 Linda Isle, Newport Beach, CA 92660

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.11

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 5 | Paulette Callahan | | $81,805.00 | $840,000.00 |
|---|---|---|---|---|

Creditor's Name

31320 Via Colinas Suite 117
Westlake Village, CA 91362

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Townhouse at 5657 Tanner Ridge Avenue, Westlake Village, CA 91362

**Describe the lien**
Deed of Trust (second position)

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
4/9/2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.12

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7 6**

**RCBM**
Creditor's Name

1007 W. Kenneth Road
Glendale, CA 91202

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.19

**Describe debtor's property that is subject to a lien**
3505 Twin Lake Ridge, Westlake Village, CA 91361

**Describe the lien**
Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes       .
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$64,825.00    $1,650,000.00

---

**2.7 7**

**Reginald Evans**
Creditor's Name

3488 Chestnut Dr
Norco, CA 92860

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/5/17
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**
Single family residnce at  4 Emerald, Laguna Beach, CA 92651

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00    $7,995,000.00

---

**2.7 8**

**Ricardo Manciel**
Creditor's Name

424 Diana Place
Fullerton, CA 92833

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077

**Describe the lien**
Deed of Trust (second position)

$21,000.00    $4,300,000.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.79**

**Robert & Tamorah Schuett**

Creditor's Name

1991 Country Club Road
Thousand Oaks, CA 91360

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/5/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077

**Describe the lien**
Deed of Trust (second position)

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $25,000.00 | $4,300,000.00 |

---

**2.80**

**Robert & Tamorah Schuett**

Creditor's Name

1991 Country Club Road
Thousand Oaks, CA 91360

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/5/17

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.2

**Describe debtor's property that is subject to a lien**
Single family residnce at 4 Emerald, Laguna Beach, CA 92651

**Describe the lien**
Deed of Trust (second position)

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $25,000.00 | $7,995,000.00 |

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 34 of 38

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

---

**2.8 1**

**Roshanak Khojasteh**
Creditor's Name

4820 Bellflower Ave #311
North Hollywood, CA 91601
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,000.00    $4,300,000.00

---

**2.8 2**

**Sam Salgado**
Creditor's Name

P.O. Box 312
Moorpark, CA 93020
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/5/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Single family residence at 1153 Roscomare Road, Los Angeles, CA 90077

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,000.00    $4,300,000.00

---

**2.8 3**

**Tam Le**
Creditor's Name

15811 Exeter St
Westminster, CA 92683
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
Single family residence at 51 Linda Isle, Newport Beach, CA 92660

**Describe the lien**
Deed of Trust (second position)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

$50,000.00    $5,800,000.00

---

| Debtor | Besorat Investments, Inc. | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

**8/21/18**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.11 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.8**
**4**

| The Kuther Living Trust | Describe debtor's property that is subject to a lien | $30,000.00 | $1,650,000.00 |
|---|---|---|---|
| Creditor's Name | Single family residence at 3505 Twin Lake | | |
| Ryan D. Kuther, Amy M. Kuther co Tr | Ridge, Westlake Village, CA 91361 | | |
| 1652 Folkstone Terrace | | | |
| Westlake Village, CA 91361 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Deed of Trust (second position) | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| 3/4/18 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.19 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.8**
**5**

| Todd Vigneux, Trustee of the | Describe debtor's property that is subject to a lien | $85,000.00 | $1,650,000.00 |
|---|---|---|---|
| Creditor's Name | Single family residence at 3505 Twin Lake | | |
| Vigneux Family Trust | Ridge, Westlake Village, CA 91361 | | |
| 442 Queensbury Street | | | |
| Thousand Oaks, CA 91360 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Deed of Trust (second position) | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| 3/4/18 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.19 | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.8**
**6**

| Ventura County Tax Collector | Describe debtor's property that is subject to a lien | $3,443.63 | $840,000.00 |
|---|---|---|---|

| Debtor | Besorat Investments, Inc. | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

| | Creditor's Name | 5657 Tanner Ridge Avenue, Westlake Village, CA 91362 | | |
|---|---|---|---|---|

800 South Victoria Avenue
Ventura, CA 93009-1220

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.12

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 7 | Ventura County Tax Collector | **Describe debtor's property that is subject to a lien** | $2,768.26 | $700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 95 W Highland Drive, Camarillo, CA 93010 | | |

800 South Victoria Avenue
Ventura, CA 93009-1220

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.17

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 8 | Waterlee, Inc | **Describe debtor's property that is subject to a lien** | $200,000.00 | $7,995,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Single family residnce at 4 Emerald, Laguna Beach, CA 92651 | | |

29500 Heathercliff Rd #42
Malibu, CA 90265

Creditor's mailing address

**Describe the lien**
Deed of Trust (second position)

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/5/17

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | | | Case number (if know) | 1:19-bk-10202-VK |
|---|---|---|---|---|---|
| | Name | | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.2 | ☐ Disputed |

---

| 2.89 | | | | | |
|---|---|---|---|---|---|
| **Zahra Azizi** | | **Describe debtor's property that is subject to a lien** | $30,000.00 | $5,800,000.00 |
| Creditor's Name | | Single family residence at 51 Linda Isle, Newport Beach, CA 92660 | | |
| 3301 Michelson Apt. #2213 Irvine, CA 92612 | | | | |
| Creditor's mailing address | | **Describe the lien** | | |
| | | Deed of Trust (second position) | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| Creditor's email address, if known | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | | ■ No | | |
| 8/21/18 | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.11 | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $36,308,499.38

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Consumer Acceptance Corp. c/o Michael E Adler, Esq. Greenberg, Whitcombe, Takeuchi Gibs 21515 Hawthorne Blvd., Ste. 450 Torrance, CA 90503 | Line  2.38 | |

| Fill in this information to identify the case: |
|---|

Debtor name     Besorat Investments, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:19-bk-10202-VK

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>California Dept of Tax and Fee Admi<br>Special Ops, MIC 55<br>PO Box 942879<br>Sacramento, CA 94279-0005 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>EDD<br>PO Box 826218<br>Sacramento, CA 94230-6218 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | Besorat Investments, Inc. | | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**
Priority creditor's name and mailing address
**Franchise Tax Board**
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.4**
Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.5**
Priority creditor's name and mailing address
**Tiffany Windsor**
3063 Los Robles Rd.
Thousand Oaks, CA 91362

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,125.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Earnings

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**
Nonpriority creditor's name and mailing address
**Advent Pools**
P.O. Box 3351
Winnetka, CA 91396

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,180.00

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Services rendered at 4436 Alonzo and 4411 Jubilo

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2**
Nonpriority creditor's name and mailing address
**American Express**
P.O. Box 0001
Los Angeles, CA 90096

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,881.33

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$348.00**

Axcell Systems, Inc.
P.O. Box 127
Verdugo City, CA 91046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 175 Painter St. Pasadena

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,000.00**

Brixton Developers & Co
3334 E. Coast Hwy #358
Corona Del Mar, CA 92625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services renderred at 4 Emerald Bay

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00**

Castle Real Estate Investments, LLC
Michelle Halliwell
1014 S. Westlake Blvd., #14152
Westlake Village, CA 91361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,000.00**

Charles McDonald
1731 Howe Avenue #123
Sacramento, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/22/18

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00**

City of Los Angeles
P.O. Box 845252
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Fee for brush celarance at 17137 Escalon, LA

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58.80**

City of Newport Beach
P.O. Box 4923
Whittier, CA 90607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 51 Linda Isle, Newport Beach

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,129.43**

City of Pasadena
Collections Unit
100 N. Garfield Ave., Room N106
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Service at 175 Painter St. Pasadena

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

**3.10**

**Nonpriority creditor's name and mailing address**
City of Santa Monica
P.O. Box 7125
Artesia, CA 90702

Date(s) debt was incurred  2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Water service at 2906 11th St. Santa Monica

Is the claim subject to offset? ■ No  ☐ Yes

$558,076.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Columbia Pacific Finance
P.O. Box 80506
City of Industry, CA 91716

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
David Homan General Contractor
4248 McLaughlin Avenue.
Los Angeles, CA 90066

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered at 1153 Roscomare Rd, Los Angeles

Is the claim subject to offset? ■ No  ☐ Yes

$44,020.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Ezekiel Landscaping Services
Saul Arellano
P.O. Box 59649
Norwalk, CA 90652

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered at 12711 Christy Lane, Los Alamitos;
3129 Oak Knoll Dr. Los Alamitos

Is the claim subject to offset? ■ No  ☐ Yes

$240.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
Flaster Greenberg PC
1810 Chapel Ave. W.
Cherry Hill, NJ 08002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Balance due

Is the claim subject to offset? ■ No  ☐ Yes

$53,386.00

---

**3.15**

**Nonpriority creditor's name and mailing address**
Graham Barker
P.O. Box 5137
Chatsworth, CA 91311

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered at 939 Blue Mountain Circle; 95 W.
Highland Dr; 18920 La Amistad; Escalon; Jubilo; loan of $25,000;

Is the claim subject to offset? ■ No  ☐ Yes

$102,539.00

---

**3.16**

**Nonpriority creditor's name and mailing address**
Jim & Celeste Kelber
1916 Court St
Newport Beach, CA 92663

Date(s) debt was incurred  2/12/2008

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$105,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,500.00**

Kenneth Wilkinson
3061 Michael Drive
Newbury Park, CA 91320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00**

Kingdom Industry, LLC
2490 Turquoise Circle
Newbury Park, CA 91320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Services rendered at 567 Rosario, Thousand Oaks

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,048.00**

KM Interiors
574 Katherine Avenue
Van Nuys, CA 91401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Services rendered at 3660 4th Ave, LA

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$621.44**

LADWP
Attn: Bankruptcy Department
PO Box 5111
Los Angeles, CA 90051-0100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Service at 2068 W. 29th St. LA

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$519.93**

LADWP
Attn: Bankruptcy Department
PO Box 5111
Los Angeles, CA 90051-0100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Service at 17137 Escalon, LA

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.79**

Laguna Beach County Water District
P.O. Box 987
Laguna Beach, CA 92652

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Service at 4 Emerald Bay Laguna Beach

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,106.00**

Las Virgenes Municipal Water Distri
P.O. Box 4901
Whittier, CA 90607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** 3505 Twin Lake Ridge Westlake Village

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address**
Maven Associates
1413 Kenneth Rd, Ste, 888
Glendale, CA 91210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $14,425.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered at 2519 Chislehurst, LA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
Parkwood Estates Property Owners As
P.O. Box 3461
Thousand Oaks, CA 91359

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $425.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  3505 Twin Lake Ridge Westlake Village

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
Phillip Salvadore
c/o Keller Williams
111 N. 1st St., Ste. 300
Burbank, CA 91502

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $11,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
Pleasant Valley Mutual Water Co.
1863 Las Posas Rd.
Camarillo, CA 93010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $109.90
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  95 W. Highland Dr. Camarillo

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
Poolfessionals
23052 Alicia, Ste H, #199
Mission Viejo, CA 92692

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $160.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered at 4 Emerald Bay Laguna Beach

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
RCBM General Contractor, Inc.
1007 W. Kenneth Rd.
Glendale, CA 91202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $64,825.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Rodgers Group
11812 San Vicente Blvd # 100
Los Angeles, CA 90049

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $8,487.36
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor on 4411 Jubilo Dr., Tarzana CA and

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

**3.31** | Nonpriority creditor's name and mailing address
Ryan Bradley
1350 E Los Angeles Ave Suite 3C,
Simi Valley, CA 93065

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.32** | Nonpriority creditor's name and mailing address
S & S Landscape Maintenance
P.O. Box 312
Moorpark, CA 93020

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Servcies rendered for 2906 11th St; 2068 W. 29th St;
17137 Escalon;  95 W. Highland Dr; 175 Painter St; 5657 Tanner Ridge;
3505 Twin Lake Ridge; 355 N. Wilton Pl; 4411 Jubilo Dr.

Is the claim subject to offset? ■ No ☐ Yes

$14,675.00

---

**3.33** | Nonpriority creditor's name and mailing address
Signature Staging LLC
1271 Granville Ave #404
Los Angeles, CA 90025

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered for 355 N. Wilton Pl., Los Angeles

Is the claim subject to offset? ■ No ☐ Yes

$6,750.00

---

**3.34** | Nonpriority creditor's name and mailing address
Smits Realty
26050 Mureau Road | Suite 101
Calabasas, CA 91301

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,304.60

---

**3.35** | Nonpriority creditor's name and mailing address
SoCal Gas
P.O. Box C
Monterey Park, CA 91756

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Service at 4 Emerald Bay Laguna Beach

Is the claim subject to offset? ■ No ☐ Yes

$624.83

---

**3.36** | Nonpriority creditor's name and mailing address
SoCal Gas
P.O. Box C
Monterey Park, CA 91756

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Service at 17137 Escalon, LA

Is the claim subject to offset? ■ No ☐ Yes

$22.78

---

**3.37** | Nonpriority creditor's name and mailing address
Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2906 11th St. Santa Monica

Is the claim subject to offset? ■ No ☐ Yes

$22.22

---

| Debtor | Besorat Investments, Inc. | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.65 |
|---|---|---|---|

**Southern California Edison**
P.O. Box 600
Rosemead, CA 91771-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service at 12711 Christy Lane, Los Alamitos

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431.25 |
|---|---|---|---|

**Southern California Edison**
P.O. Box 600
Rosemead, CA 91771-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service at 4 Emerald Bay Laguna Beach

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.18 |
|---|---|---|---|

**Southern California Edison**
P.O. Box 600
Rosemead, CA 91771-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services at 95 W. Highland

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,965.00 |
|---|---|---|---|

**SRG, LLP**
16633 Ventura Blvd. 6th Floor
Encino, CA 91436

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.75 |
|---|---|---|---|

**State Compensation Insurance Fund**
P.O. Box 7441
San Francisco, CA 94120

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tommy Lee Thomas**
c/o Strategic Realty
27489 Agoura Rd
Agoura Hills, CA 91301

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,352.48 |
|---|---|---|---|

**Vesta Home**
1900 E. 25th St.
Vernon, CA 90058

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered at 4 Emerald Bay Laguna Beach

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Besorat Investments, Inc. | | Case number (if known) | 1:19-bk-10202-VK |
|---|---|---|---|---|
| | Name | | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.10 |
|---|---|---|---|

Waste Management of Orange County
P.O. Box 541008
Los Angeles, CA 90054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Service at 4 Emerald Bay Laguna Beach

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,125.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,428,935.82 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,432,060.82 |

**Fill in this information to identify the case:**

Debtor name __Besorat Investments, Inc.__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   __1:19-bk-10202-VK__

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2.2   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2.3   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2.4   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Besorat Investments, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:19-bk-10202-VK

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Michael Anthony Hershman | 638 Lindero Cyn #420 Oak Park, CA 91377 | Consumer Acceptance Corp. | ■ D   2.38 <br> ☐ E/F _____ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    Besorat Investments, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:19-bk-10202-VK

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2019 to Filing Date | ■ Operating a business<br><br>  Other | *TBA* |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br><br>  Other | *TBA* |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br><br>☐ Other | $14,194.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   Besorat Investments, Inc.                                    Case number (if known)  1:19-bk-10202-VK

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Francis Capital and Gavilan Capital<br>Multifamily Opportunity Fund I, LLC<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360 | 11/5/2018 | $10,147.67 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Genesis Capital | 1231 La Brea , Thousand Oaks, CA | 12/2018 | $1,350,000.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. Consumer Acceptance Corp.;<br>Sharat Shankar v Besorat<br>Investments, Inc., Michael Tony<br>Hershman<br>BC 713685 | Breach of Contract | Los Angeles Superior Court<br>Stanley Mosk Branch<br>111 No. Hill St.<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Besorat Investments, Inc.                                    Case number (if known)  1:19-bk-10202-VK

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

### Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | RESNIK HAYES MORADI, LLP. 17609 Ventura Blvd., Suite 314 Encino, CA 91316 | Attorney Fees $8382 plus $1717 filing fee | 1/28/19 | $10,000.00 |
| | **Email or website address** matt@rhmfirm.com | | | |
| | **Who made the payment, if not debtor?** Amarith Development LLC | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    Besorat Investments, Inc.                                    Case number *(if known)*  1:19-bk-10202-VK

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | Lester & Stephanie Bernell | 939 Blue Mountain, Thousand Oaks, CA | 4/13/18 | $899,000.00 |
| | **Relationship to debtor**<br>N/A | | | |
| 13.2 | Jeffrey Poffenbarger | 4411 Jubilo, Tarzana, CA | 1/28/19 | $1,450,000.00 |
| | **Relationship to debtor**<br>N/A | | | |
| 13.3 | Davis Family Trust | 18920 La Amistad, Tarzana, CA | 4/23/18 | $1,637,000.00 |
| | **Relationship to debtor**<br>N/A | | | |
| 13.4 | Moe & Michelle Boukiar | 567 Rosario, Thousand Oaks, CA | 8/27/18 | $1,300,000.00 |
| | **Relationship to debtor**<br>N/A | | | |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

**Address**                                                             **Dates of occupancy**
                                                                        **From-To**

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

**Facility name and address**        **Nature of the business operation, including type of services**        **If debtor provides meals**
                                     **the debtor provides**                                                **and housing, number of**
                                                                                                            **patients in debtor's care**

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Debtor    Besorat Investments, Inc.                                    Case number *(if known)*  1:19-bk-10202-VK

profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    Besorat Investments, Inc.                                    Case number (if known)  1:19-bk-10202-VK

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Eva Mahoney, CPA SRG, LLP 16633 Ventura Boulevard, 6th Floor Encino, CA 91436 | 2018 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Debtor | Besorat Investments, Inc. | | Case number *(if known)*  1:19-bk-10202-VK |
|---|---|---|---|

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Linda T. Hershman | 638 Lindero Cyn #420 Oak Park, CA 91377 | | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Anthony Hershman | 638 Lindero Cyn #420 Oak Park, CA 91377 | | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Michael Anthony & Linda Hershman 638 Lindero Cyn #420 Oak Park, CA 91377 | 56,713.53 | 1/1/2018 - 12/20/2018 | |
| | **Relationship to debtor** Owners | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Besorat Investments, Inc.    Case number *(if known)*  1:19-bk-10202-VK

**Name of the pension fund**                    **Employer Identification number of the parent corporation**

Fill in this information to identify the case:

Debtor name    Besorat Investments, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:19-bk-10202-VK

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2019

Signature of individual signing on behalf of the debtor

Michael Anthony Hershman
Printed name

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)* attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  Besorat Investments, Inc.                                          Case No.   1:19-bk-10202-VK
_____                                   Chapter    11
                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept                          $           8,283.00

      Prior to the filing of this statement I have received                $           8,283.00

      Balance Due                                                          $               0.00

2.    $  1,717.00   of the filing fee has been paid.

3.    The source of the compensation paid to me was: Amarith Development LLC

      ☐ Debtor      ☑ Other (specify):

4.    The source of compensation to be paid to me is:

      ☑ Debtor      ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

February 11, 2019
_____              _____
Date                                         M. Jonathan Hayes
                                             *Signature of Attorney*
                                             RESNIK HAYES MORADI, LLP.
                                             17609 Ventura Blvd., Suite 314
                                             Encino, CA 91316
                                             (818) 285-0100
                                             *Name of law firm*

---

Besorat Properties Rental Fund LLC
638 Lindero Canyon Rd #420
Oak Park, CA 91377


Braemar North Ranch Owners
c/o Ross Morgan & Company
P. O. Box 512019
Los Angeles, CA 90051


Castle Real Estate Investments, LLC
Michelle Halliwell
1014 S. Westlake Blvd., #14152
Westlake Village, CA 91361


Cathleen Bloeser as Trustee of the
Cathleen Bloeser Living Trust
30765 Pacific Coast Highway #314
Malibu, CA 90265


Consumer Acceptance Corp.
15303 Ventura Blvd, #850
Sherman Oaks, CA 91403


Consumer Acceptance Corp.
c/o Michael E Adler, Esq.
Greenberg, Whitcombe, Takeuchi Gibs
21515 Hawthorne Blvd., Ste. 450
Torrance, CA 90503


Emerald Bay Community Assoc
c/o Jillisa OBrien P.C.
5 Corporate Park, #260
Irvine, CA 92606


Fernando Garcia De la Cruz and
Ricardo Fajardo
1916 S Ninth Street
Anaheim, CA 92802

KCB Plumbing
12630 Hoover Street
Garden Grove, CA 92846


RCBM
1007 W. Kenneth Road
Glendale, CA 91202


The Kuther Living Trust
Ryan D. Kuther, Amy M. Kuther co Tr
1652 Folkstone Terrace
Westlake Village, CA 91361

## PROOF OF SERVICE OF DOCUMENT

1   I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

2

3   A true and correct copy of the foregoing document **DECLARATION FOR NON-INDIVIDUAL DEBTORS; SUMMARY OF ASSETS AND LIABILITIES; SCHEDULES A/B, D, E/F, G, H; STATEMENT OF FINANCIAL AFFAIRS; DICLOSURE OF ATTORNEY COMPENSATION; AMENDED CREDITOR MATRIX** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

4

5

6   **I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/11/2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

7

8

9   ☐  Service information continued on attached page

10

11   •   **Matthew Bouslog**   MBouslog@gibsondunn.com, msandoval@gibsondunn.com

12   •   **Russell Clementson**   russell.clementson@usdoj.gov
     •   **Andrew Goodman**   agoodman@andyglaw.com

13   •   **M. Jonathan Hayes**   jhayes@rhmfirm.com,
     roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmf

14   irm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ

15   @rhmfirm.com;rebeca@rhmfirm.com

16   •   **Nicolino I Iezza**   niezza@spiwakandiezza.com
     •   **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

17   •   **Larry D Webb**   Webblaw@gmail.com,
     larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com

18

19   **II.  SERVED BY U.S. MAIL:** On **2/11/2019** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

20

21

22   ☐  Service information continued on attached page

23   **Hon. Victoria S. Kaufman**
     **U.S. Bankruptcy Court**

24   **Central District – Valley Branch**        **Besorat Investments, Inc.**
     **21041 Burbank Blvd., Suite 354**          **638 Lindero Canyon Rd #420**

25   **Woodland Hills, CA 91367**                **Oak Park, CA 91377**

26   **III.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/11/2019** I served the following

27   person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as

28

**RESNIK HAYES
MORADI LLP**

follows.  Listing the judge here constitutes a declaration that personal delivery on the judge
will be completed no later than 24 hours after the document is filed.

1    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct.

3    **2/11/2019   Ja'nita Fisher**                          **/s/ Ja'nita Fisher**

    *Date        Type Name*                                *Signature*
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESNIK HAYES
MORADI LLP**