Form nors–nors VAN–66
Rev. 12/09

# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF ORDER REQUIRING FILING OF STATUS REPORT AND APPEARANCE AT STATUS CONFERENCE OR THE CASE WILL BE DISMISSED OR CONVERTED FOR FAILURE TO COMPLY

**DEBTOR(S) INFORMATION:**
Besorat Investments, Inc.

**SSN:** N/A
**EIN:** 81–5395467

638 Lindero Canyon Rd #420
Oak Park, CA 91377

**BANKRUPTCY NO.** 1:19–bk–10202–VK
**CHAPTER** 11

Notice is hereby given that a hearing will be held before the judge assigned to this case at:

**Date:**     3/14/2019
**Time:**     1:00 PM
**Location:** 21041 Burbank Boulevard, Courtroom 301
              Woodland Hills, CA 91367

The above–named debtor(s) and to the attorney of record are hereby ordered to file a status report and appear at the above status conference. If the report is not filed timely or the debtor(s) do not appear at the status conference or other cause exists, the case may be dismissed or converted pursuant to 11 U.S.C. Section 1112(b).

Any papers filed in response to this order must be filed with the Clerk of The Court no later than 14 calendar days before the above hearing on this order.

Dated: February 12, 2019

For The Court,

**Kathleen J. Campbell**
Clerk of Court